

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ELVIS CHE ANYE                                                    PETITIONER

VERSUS                                         CIVIL ACTION NO. 5:26-cv-72-DCB-BWR

WARDEN/FACILITY DIRECTOR
ADAMS COUNTY CORRECTIONAL CENTER, ET AL.          RESPONDENTS

ORDER

Pro se Petitioner Elvis Che Anye, a detainee at the Adams County Detention Center in Natchez, Mississippi, filed his Amended Petition [6] for habeas relief under 28 U.S.C. § 2241 on March 23, 2026, as directed by the Court's Order [5].   Petitioner however failed to sign the Amended Petition [6] as required by the Federal Rules of Civil Procedure 11(a).[1]   Petitioner will be given an opportunity to correct this omission by placing his signature on page 8 (CM/ECF pagination) of the copy of the Amended Petition [6] enclosed with this Order.   Accordingly, it is

ORDERED that the Clerk of Court is directed to mail to Petitioner a copy of his Amended Petition [6] filed on March 23, 2026.

IT IS FURTHER ORDERED that Petitioner is directed to sign on page 8 (CM/ECF pagination) of the copy of his Amended Petition [6] enclosed with this Order

---

[1] "Under the Rules Governing Section 2254 Proceedings in the United States District Courts ('Habeas Rules'), which also apply in habeas proceedings governed by 28 U.S.C. § 2241, the Federal Rules of Civil Procedure apply only to the extent that they are not inconsistent with the Habeas Rules or any statutory provision." *Shabanov v. Tate*, No. CV H-23-3136, 2024 WL 1772873, at *3 (S.D. Tex. Apr. 24, 2024) (citing Rules 1(b) and 12 of the Habeas Rules).

and return his signed Amended Petition [6] to this Court **on or before April 9, 2026.** Petitioner is reminded that his pleadings and other documents submitted to this Court for filing must have his signature on them.

IT IS FURTHER ORDERED that Petitioner is directed to file his signed Amended Petition [6] with the Clerk, U. S. District Court, 501 E. Court Street, Suite 2.500, Jackson, Mississippi 39201.

Petitioner is warned that his failure to fully comply with any order of the Court timely or failure to advise the Court of a change of address may result in the dismissal of this case.

SO ORDERED, this 26th day of March, 2026.

s/ *Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE